

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

ENTERED
05/23/2019

IN RE:  
Lakeisher S Talbert

CASE NO. 15–32058  
CHAPTER 13

Debtor(s)

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISTRY

The following motion is GRANTED:

*45* – Motion to Deposit Funds into the Court Registry Filed by Trustee David G Peake (Attachments: # 1 Proposed Order) (Peake, David)

These unclaimed funds may be deposited into the Registry of the Court:

Amount: $ 4,430.73  
Owed to: CREDITCO LLC

Signed and Entered on Docket: 5/23/19.

by: <u>Kristy Love</u>  
Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.